

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-27,780-03

**EX PARTE LARRY PRIEST, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 19-11-13,218-A IN THE 24TH DISTRICT COURT
## FROM DEWITT COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of two offenses of evading arrest or detention with a vehicle and sentenced to concurrent terms of 10 years' imprisonment. The Thirteenth Court of Appeals affirmed his conviction. *Priest v. State,* No. 13-20-00560-CR (Tex. App.–Corpus Christi-Edinburg, June 23, 2022). He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely file a compliant PDR in this Court. Based on the record, the trial court has determined that appellate counsel's performance denied Applicant the opportunity to file a PDR.

Relief is granted. We find that Applicant is entitled to the opportunity to file an out-of-time

PDR of the judgment of the Thirteenth Court of Appeals in case number 13-20-00560-CR that affirmed his convictions in Cause No. 19-11-13,218 from the 24th District Court of DeWitt County. Applicant shall file his PDR with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: September 27, 2023
Do not publish